**DISMISSED; Opinion Filed December 6, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01280-CR

**DETRICK BLAIR DEAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82171-2015**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Boatright
Opinion by Justice Lang

Detrick Blair Dean appeals his conviction for indecency with a child by contact. After appellant pleaded guilty to the charged offense, the trial court found him guilty and assessed punishment at ten years in prison. Appellant then filed this appeal.

A defendant perfects his appeal by filing with the trial court clerk a written notice of appeal showing his desire to appeal within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* TEX. R. APP. P. 25.2(b), 26.2(a). A timely perfected notice of appeal is required to invoke this Court's jurisdiction. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal. *Id.*

In this case, the trial court entered judgment on July 18, 2018, and appellant's motion for new trial was timely filed on August 14, 2018. *See* TEX. R. APP. P. 21.4(a). Appellant's notice of appeal, due on October 16, 2018, was filed October 24, 2018. *See* TEX. R. APP. P. 26.2(a)(2). No motion for extension of time to file the notice of appeal was filed with this Court. Under these circumstances, we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181280F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DETRICK BLAIR DEAN, Appellant

No. 05-18-01280-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-82171-2015.
Opinion delivered by Justice Lang. Justices Evans and Boatright participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 6th day of December, 2018.